KROVATIN KLINGEMAN LLC
Henry E. Klingeman, Esq.
744 Broad Street, Suite 1903
Newark, New Jersey 07102
Tel   973-424-9777
Fax   973-424-9779
Email   hklingeman@krovatin.com
Attorneys for Alfred Quaicoe

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | Crim. No. 06-821 (KSH) |
| v. | Hon. Katharine S. Hayden, U.S.D.J. |
| ALFRED QUAICOE, Defendant. | **CONSENT ORDER** |

THIS MATTER having been opened to the Court by Defendant Alfred Quaicoe (Henry E. Klingeman, Esq., appearing) for an Order Modifying Conditions of Release (1) to allow Defendant Quaicoe to travel outside the state of New Jersey for work and family visits with the permission of the United States Probation Office and (2) authorizing the United States Pretrial Services Agency to return Defendant Quaicoe's United States Passport and Canadian residence card; the United States of America (AUSA Lisa Rose, appearing) having no objection; the Court having considered the record in the case, and the consent of the United States Pretrial Services Agency and the United States Probation Office; and upon good cause shown,

WHEREFORE, IT IS on this 17 day of June, 2008;

ORDERED that the Conditions of Release are modified to allow Defendant Quaicoe to travel outside the state of New Jersey to New York for work with the permission of the United States Probation Office, and without leave of Court; and it is further

1

ORDERED that the Conditions of Release are modified to allow Defendant Quaicoe to travel outside the state of New Jersey to Georgia to see his family and/or other personal travel outside the State of New Jersey, on or after July 19, 2008, with the permission of the United States Probation Office, and without leave of Court; and it is further

ORDERED that the United States Pretrial Services Agency shall return to Defendant Quaicoe his United States passport; and it is further

ORDERED that the United States Pretrial Services Agency shall return to Defendant Quaicoe his Canadian residence card; and it is further

ORDERED that all terms and conditions of probation previously imposed remain in full force and effect.

HON. KATHARINE S. HAYDEN
United States District Judge

Consented to as to form and content:

KROVATIN KLINGEMAN LLC
For the Defendant Alfred Quaicoe

6/18/08
HENRY E. KLINGEMAN, ESQ.

UNITED STATES ATTORNEY'S OFFICE
For the United States of America

6-17-08
AUSA LISA ROSE

2